AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-6875

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **VIATRIS INC**
was received by me on *(date)* **10-3-24**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Terry Collins**, who is designated by law to accept service of process on behalf of *(name of organization)* **VIATRIS INC** **Associate Manager Global Security** on *(date)* **10-4-24** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **10/4/24**

*Kenneth Kearney*
Server's signature

**Kenneth Kearney**
Printed name and title

**6345 WOOD LAWN RD**
**Verona PA 15147**
Server's address

Additional information regarding attempted service, etc;
**WM-40-45-5'9-165 BR HAIR NO GLASSES**