| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Melinda Davis Nokes<br>Weitz & Luxenberg, P.C.<br>1880 Century Park East<br>Suite 700<br>Los Angeles, CA 90067<br>TELEPHONE NO.: (310) 247-0921<br>ATTORNEY FOR: | **POS-010**<br>*FOR COURT USE ONLY* |
| UNTED STATES COURT OF CALIFORNIA, COUNTY OF NORTHERN DISTRICT<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| PLAINTIFF: KRISTINA SCHMIDT<br>DEFENDANT: PFIZER INC., VIATRIS INC., GREENSTONE LLC, PRASCO LABS., and PHARMACIA & UPJOHN | CASE NUMBER:<br>3:24-CV-06875-LB |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet (served in complex cases only)
   e. ☐ cross-complaint
   f. ☒ other (specify documents):
   Summons in a Civil Action with Complaint and Jury Demand, Civil Cover Sheet, United States District Court Northern District of California - ECF Registration Information, Notice of Assignment of Case to a United States Magistrate Judge for Trial, Consent or Declination to Magistrate Judge Jurisdiction, Standing Order for Magistrate Judge Laurel Beeler, Standing Order for All Judges of the Northern District of California Contents of Joint Case Management Statement, Order Setting Initial Case Management Conference and ADR Deadlines, and Consent or Declination to Magistrate Judge Jurisdiction

3. a. Party served *(specify name of party as shown on documents served)*:
   Greenstone LLC Pfizer Peapack Campus
   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)
   Shahrukh Rizvi / Head Officer/ Authorized

4. Address where the party was served:
   100 Route 206 North, Peapack, NJ 07977

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:10/03/2024 (2) at *(time)*: 2:32 PM
   Description: Age: 55, Sex: M, Race/Skin Color: East Indian, Height: 5'8", Weight: 165, Hair: Black, Glasses: Y

   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Job Number NHI-2024017303

| PLAINTIFF: KRISTINA SCHMIDT | CASE NUMBER: |
|---|---|
| DEFENDANT: PFIZER INC., VIATRIS INC., GREENSTONE LLC, PRASCO LABS., and PHARMACIA & UPJOHN | 3:24-CV-06875-LB |

mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

    (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where copies were left (Code Civ. Proc., 415.20). I mailed the documents on *(date):* from *(city):* or ☐ a declaration of mailing is attached.

    (5) ☐ I attached a **declaration of diligence** stating actions taken first to attempt personal service.

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*   (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* Greenstone LLC Pfizer Peapack Campus

   under the following Code of Civil Procedure section:
   - ☒ 416.10 (corporation)
   - ☐ 416.20 (defunct corporation)
   - ☐ 416.30 (joint stock company/association)
   - ☐ 416.40 (association or partnership)
   - ☐ 416.50 (public entity)
   - ☐ 415.95 (business organization, form unknown)
   - ☐ 416.60 (minor)
   - ☐ 416.70 (ward or conservatee)
   - ☐ 416.90 (authorized person)
   - ☐ 415.46 (occupant)
   - ☐ other:

7. **Person who served papers**
   a. Name: James Nicoletti
      Firm: Nicoletti & Harris
   b. Address: 101 Avenue of the Americas, 9th floor, New York, NY 10013
   c. Telephone number: (212) 267-6448
   d. **The fee** for the service was: $
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner ☐ employee ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or
9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Page 2 of 3

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Job Number NHI-2024017303

| PLAINTIFF: KRISTINA SCHMIDT<br>DEFENDANT: PFIZER INC., VIATRIS INC., GREENSTONE LLC, PRASCO LABS., and PHARMACIA & UPJOHN | CASE NUMBER:<br>3:24-CV-06875-LB |
|---|---|

Date: 10/03/2024

James Nicoletti
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

Page 3 of 3

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Job Number NHI-2024017303

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-6875

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GREENSTONE LLC

was received by me on *(date)* October 3, 2024 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* SHAHRUKH RIZVI , who is designated by law to accept service of process on behalf of *(name of organization)* GREENSTONE LLC on *(date)* OCTOBER 3, 2024 at 2:32PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: October 4, 2024

*Server's signature*

JAMES NICOLETTI - PROCESS SERVER

*Printed name and title*

101 AVENUE OF THE AMERICAS, NEW YORK, NY 10013

*Server's address*

Document Served:
Summons in a Civil Action with Complaint and Jury Demand, Civil Cover Sheet, United States District Court Northern District of California - ECF Registration Information, Notice of Assignment of Case to a United States Magistrate Judge for Trial, Consent or Declination to Magistrate Judge Jurisdiction, Standing Order for Magistrate Judge Laurel Beeler, Standing Order for All Judges of the Northern District of California Contents of Joint Case Management Statement, Order Setting Initial Case Management Conference and ADR Deadlines, and Consent or Declination to Magistrate Judge Jurisdiction