| ATTORNEY OR PARTY WITHOUT ATTORNEY: | FOR COURT USE ONLY |
|---|---|
| Melinda Davis Nokes<br>Weitz & Luxenberg, P.C.<br>1880 Century Park East<br>Suite 700<br>Los Angeles, CA 90067<br><br>TELEPHONE NO.: (310) 247-0921<br>ATTORNEY FOR: Plaintiff | |
| UNTED STATES COURT OF CALIFORNIA, COUNTY OF NORTHERN DISTRICT<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| PLAINTIFF: KRISTINA SCHMIDT<br>DEFENDANT: PFIZER INC., VIATRIS INC., GREENSTONE LLC, PRASCO LABS., and PHARMACIA & UPJOHN | CASE NUMBER:<br>3:24-CV-06875-LB |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>2024017299 |

1. I am over 18 years of age and not a party to this action.

2. Received by NICOLETTI & HARRIS, INC on 10/3/2024 at 11:42 am to be served on **Prasco Labs., 6125 Commerce Court, Mason, OH 45040.**

3. served a CORPORATION by delivering a true copy of the **Summons in a Civil Action with Complaint and Jury Demand, Civil Cover Sheet, United States District Court Northern District of California - ECF Registration Information, Notice of Assignment of Case to a United States Magistrate Judge for Trial, Consent or Declination to Magistrate Judge Jurisdiction, Standing Order for Magistrate Judge Laurel Beeler, Standing Order for All Judges of the Northern District of California Contents of Joint Case Management Statement, Order Setting Initial Case Management Conference and ADR Deadlines, and Consent or Declination to Magistrate Judge Jurisdiction** to: **Scott Fruechtemeyer** as **General Counsel** for **Prasco Labs.**, at the address of: **6125 Commerce Court, Mason, OH 45040**, and informed said person of the contents therein, in compliance with state statutes.

4. Date and Time of service: 10/4/2024 at 11:11 am

5. Description: Age: 55, Sex: M, Race/Skin Color: Caucasian, Height: 5'11", Weight: 175, Hair: Light Brown, Glasses: Y

6. Military Status: The person served with said documents refused to state whether or not the Defendant is in the Military Service of the United States of America.

7. Marital Status: Based upon inquiry of party served, they refused to state whether or not the Defendant is married.

8. I am

9. My name, address, telephone number, and, if applicable, county of registration and number are:

   Name: Shannon Day
   Firm: NICOLETTI & HARRIS, INC
   Address: 101 AVENUE OF THE AMERICAS, 9TH FLOOR, New York, NY 10013
   Telephone number: (212) 267-6448
   Registration Number: Process Server
   County: All Areas

| PLAINTIFF: KRISTINA SCHMIDT<br>DEFENDANT: PFIZER INC., VIATRIS INC., GREENSTONE LLC, PRASCO LABS., and PHARMACIA & UPJOHN | CASE NUMBER:<br>3:24-CV-06875-LB |
|---|---|

10. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

| Shannon Day | *Shannon Day* (signature) |
|---|---|
| (TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS) | (SIGNATURE OF PERSON WHO SERVED THE PAPERS) |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| KRISTINA SCHMIDT <br><br> *Plaintiff(s)* <br> v. <br> PFIZER INC., VIATRIS INC., GREENSTONE LLC, PRASCO LABS., and PHARMACIA & UPJOHN <br><br> *Defendant(s)* | Civil Action No. 3:24-cv-6875  **LB** |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Exhibit A, attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Melinda Davis Nokes
Weitz & Luxenberg, P.C.
1880 Century Park East, Suite 700
Los Angeles, CA 90067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT
Mark B. Busby

*Signature of Clerk or Deputy Clerk*
Mark Romyn

Date: 10/2/2024

Doc ID: 8e45a66e9123d30da640a388fd2a5c0a16f68f63

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-6875

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Prasco Labs

was received by me on *(date)*  10/3/2024  .

❏ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Scott Fruechtemeyer/General Counsel  , who is
designated by law to accept service of process on behalf of *(name of organization)*  Prasco Labs
on *(date)*  10/4/2024  ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  10/7/2024

*Server's signature*  Shannon Day

Shannon Day/Process Server
*Printed name and title*

290 High Street, Versailles, KY 40383
*Server's address*

Additional information regarding attempted service, etc:

Doc ID: 8e45a66e9123d30da640a388fd2a5c0a16f68f63