AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-6875

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PHARMACIA & UPJOHN was received by me on *(date)* October 3, 2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

X I served the summons on *(name of individual)* Ingrid Lopez, who is designated by law to accept service of process on behalf of PHARMACIA & UPJOHN on *(date)* 10/04/2024 at 10:00am ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: October 04, 2024

*Server's signature*

Alex Colon- Process Server
*Printed name and title*

101 Avenue of the Americas, New York, NY 10013
*Server's address*

Documents Served:
Summons in a Civil Action with Complaint and Jury Demand, Civil Cover Sheet, United States District Court Northern District of California - ECF Registration Information, Notice of Assignment of Case to a United States Magistrate Judge for Trial, Consent or Declination to Magistrate Judge Jurisdiction, Standing Order for Magistrate Judge Laurel Beeler, Standing Order for All Judges of the Northern District of California Contents of Joint Case Management Statement, Order Setting Initial Case Management Conference and ADR Deadlines, and Consent or Declination to Magistrate Judge Jurisdiction